NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL A. CROSSNO,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )       Case No. 2D16-3217
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____ )

Opinion filed May 25, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Rupak R. Shah of Escobar & Associates,
P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael Schaub, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


LaRose, C.J., and MORRIS, and ATKINSON, JJ., Concur.